CAUSE NO. 816855

DEATH WARRANT

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 232ND DISTRICT COURT |
| V. | § | OF |
| SUZANNE MARGARET BASSO | § | HARRIS COUNTY, TEXAS |

TO THE DIRECTOR OF THE INSTITUTIONAL DIVISION OF THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE AND TO THE SHERIFF OF HARRIS COUNTY, TEXAS:

On the 27th day of August, 1999, the above-named defendant, in the above-styled and numbered cause, was convicted of the offense of capital murder. On the 1st day of September, 1993, the Court sentenced the above-named defendant to death in accordance with the findings of the jury, pursuant to the Texas Code of Criminal Procedure.

The Court, having received the Court of Criminal Appeals' mandate affirming the above-named defendant's conviction for capital murder and having received notice of the Court of Criminal Appeals' denial of the defendant's initial application for writ of habeas corpus, if such application was timely filed, sentenced the above-named defendant to death for the offense of capital murder and ORDERS that the execution be had on Wednesday, the 5th day of February, 2014, at any time after the hour of 6:00 p.m. at the Institutional Division of the Texas Department of Criminal Justice at Huntsville, Texas.

The Sheriff of Harris County, Texas, is hereby commanded to transport the defendant to the Institutional Division of the Texas Department of Criminal Justice and deliver the defendant, if not already in the custody of the Institutional Division of the Texas Department of Criminal Justice, and this warrant to the Director of the Institutional Division of the Texas Department of Criminal Justice for the purpose of executing this warrant, and to take from the Director the proper receipt for the defendant, if not already in the custody of the Institutional Division of the Texas Department of Criminal Justice, and the sheriff will return the receipt to the office of the District Clerk of Harris County, Texas.

The Director of the Institutional Division of the Texas Department of Criminal Justice is hereby commanded to receive from the Sheriff the defendant and this warrant, and to give his receipt to the Sheriff, and to safely keep the defendant and to execute the sentence of death at any time after the hour of 6:00 p.m. on the day and date specified in paragraph two of this warrant, by causing a substance or substances in a lethal quantity to be intravenously injected into the body of the defendant sufficient to cause death, and the injection of the substance or substances into the body of the defendant to continue until the defendant is deceased, obeying all laws of the State of Texas with reference to such execution.

Witness my hand and seal of the 232nd District Court of Harris County, Texas, at my office in the City of Houston, Texas, on the 19 day of July, 2013.

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

Christine Baldwin
Deputy

## RETURN

The sheriff of Harris County, Texas, received this writ on the _____ day of _____, 2013, at _____ M. and executed the same by delivering the within named defendant in person (if not already in custody at TDCJ-ID) and this warrant to the warden of the Institutional Division of the Texas Department of Criminal Justice on the _____ day of _____, 2013 and by taking his receipts for the said defendant and this warrant, which receipts are hereto attached do here now make my return on this writ this _____ day of _____, 2013.

SHERIFF
HARRIS COUNTY, TEXAS

_____
DEPUTY

On this the _____ day of _____, 2013, the following papers related to cause number 816855, styled THE STATE OF TEXAS vs. SUZANNE MARGARET BASSO, were received from the Sheriff of Harris County, Texas.

1. One original and one copy of **DEATH WARRANT** to be delivered to the warden of the Institutional Division of the Texas Department of Criminal Justice.

2. Two original, certified Execution Orders.

_____
SIGNATURE OF TDCJ OFFICIAL

STATE OF TEXAS
COUNTY OF HARRIS

I, Chris Daniel, District Clerk of Harris County, Texas, certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date.
Witness my official hand and seal of office this 1-9-14

CHRIS DANIEL, DISTRICT CLERK
HARRIS COUNTY, TEXAS

Deputy