ATTORNEY GENERAL OF TEXAS

GREG ABBOTT

February 3, 2014

<u>VIA ELECTRONIC MAIL</u>
United States District Court
Southern District of Texas
515 Rusk Street, Suite 2301
Houston, Texas   77002

Re:   *Suzanne Basso v. William Stephens, Director*
      Civil Action No. 4:14-cv-00213

Dear Clerk:

Attached please find the State Court Records in the above-referenced cause which are being electronically filed to the court.   Thank you for your kind assistance in this matter.

Sincerely,


<u>s/ Ellen Stewart-Klein</u>
ELLEN STEWART-KLEIN
Assistant Attorney General
Criminal Appeals Division
(512) 936-1400

ESK/ga
Enclosures